# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

FABIAN LEWIS, JR.                                                                                    PLAINTIFF

v.                                          No. 4:16CV00218 JLH

CLIFFORD MANEK, in his official
capacity as City of Sherwood Police Officer, et al.                                        DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of Fabian Lewis, Jr. This action is dismissed with prejudice.

IT IS SO ORDERED this 16th day of August, 2017.

                                                      _____
                                                      J. LEON HOLMES
                                                      UNITED STATES DISTRICT JUDGE